IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00539-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO ADAN BOBIAN,

    Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

This matter is before the Court on defendant's Notice of Disposition (Dkt. # 20). A Change of Plea hearing is set for **February 24, 2006 at 4:00 p.m.**, in lieu of the final trial preparation conference.  **Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on February 22, 2006.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **<u>The original and one copy</u> of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).**  In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the two-day jury trial in this matter, set to commence on March 6, 2006, is VACATED.

DATED: January 31, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge